IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JEROME BARRETT,

    Defendant.

Case No. 3:00cr014

JUDGE WALTER H. RICE

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE, REVOKING SAME AND IMPOSING SENTENCE, WITH NO REIMPOSED PERIOD OF SUPERVISED RELEASE TO FOLLOW; DEFENDANT'S MOTION TO TERMINATE SUPERVISED RELEASE (DOC. #43) SUSTAINED; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD; TERMINATION ENTRY

---

On June 19, 2013, the Defendant, having previously admitted allegations set forth against him in a Petition, directing him to show cause why his supervised release, a status that began September 17, 1999, should not be revoked, and who had immediately thereafter been found in violation of said supervision, appeared in open Court for final disposition.

Pursuant to the record made in open Court on the aforesaid June 19, 2013, the Defendant's supervised release was revoked and he was remanded to the custody of the Attorney General of the United States, the Bureau of Prisons, for a period of time served, with no period of supervised release to follow.

Following the above, the Defendant was orally explained his right of appeal, and he indicated an understanding of same.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

June 28, 2013

_(signature)_
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record